ELECTRONICALLY FILED
Arkansas County Circuit Court in Stuttgart - Probate Division
Melissa Wood, County Clerk
2021-Oct-05 16:54:03
01SPR-21-41
C11ED01 : 4 Pages

IN THE CIRCUIT COURT OF ARKANSAS COUNTY, ARKANSAS
NORTHERN DISTRICT
PROBATE DIVISION

IN THE MATTER OF THE ESTATE OF
STACY L. MORRIS, DECEASED                    CASE NO. 01SPR-21-41

PETITION FOR TEMPORARY RESTRAINING ORDER

Comes now, the Petitioner Nancy Howard, the personal representative/administratrix, by and through her attorney, Duff Nolan, and for her *Petition for Injunction* does state the following:

1. That this Court has jurisdiction and venue properly lies in this County.

2. Stacy Morris requested her retirement funds from Walmart to be sent to her while she was living.

3. Walmart issued checks to "Stacy Morris" and sent them to her physical address at 213 HWY 13, Humphrey, AR 72073. [Exhibit A]

4. Stacy Morris died before her receipt of the requested checks.

5. Since Stacy Morris requested her retirement funds prior to her death, these funds have to be reissued to the Estate of Stacy Morris, pursuant to the Arkansas Probate Code.

6. Pursuant to Ark. R. Civ. P. 65, immediate and irreparable injury, loss, or

1

damage will result in the event this Temporary Restraining Order is not issued.

7. This Temporary Restraining Order is issued in order to avoid immediate and irreparable injury, loss, or damage.

8. That Walmart should be enjoined from distributing funds until the Court determines where the funds should be distributed.

WHEREFORE, Petitioner requests that Walmart shall hold funds in escrow until the Court decides to whom the funds should be distributed to and for all other relief to which she may be entitled.

*[THIS SPACE IS INTENTIONALLY LEFT BLANK]*

## VERIFICATION

I, Nancy Howard, do hereby verify all the information contained in this document is true and correct to the best of my knowledge and belief.

*Nancy Howard*
Nancy Howard
PETITIONER/ADMINISTRATRIX

## ACKNOWLEDGEMENT

**STATE OF ARKANSAS**

**COUNTY OF ARKANSAS**

On this the 5th day of **October**, 2021, before me, the undersigned officer, personally appeared Nancy Howard, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that the same had been executed for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

NOTARY PUBLIC

My Commission Expires:

```
REBEKAH ANN HILLMER
Notary Public-Arkansas
Arkansas County
My Commission Expires 02-04-2031
Commission # 12712912
```

Respectfully submitted this 5th day of October, 2021,

NOLAN LAW GROUP, PLLC

*[signature]*

Duff Nolan
SCRN: 89125
*Counsel for the Estate*
411 South Main
Post Office Box 68
Stuttgart, AR 72160
Telephone: (870) 673-3200
dn@nolanlawgrouppllc.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on the 5th day of October, 2021, a true and correct copy of the foregoing instrument was mailed, with postage fully prepaid thereon, to:

Donald Croener
107 Maple Avenue
Colonial Hgts, VA 23834

*[signature]*
Duff Nolan

\\paragon\Active Client Files\Howard, Nancy cc 5220\Pleadings\(10-05) Petition for Injunction.docx\tdn

Walmart  
Bank of America, N.A.

ELECTRONICALLY FILED  
WALMART INC. Arkansas County Circuit Court in Stuttgart - Probate Division  
Melissa Wood, County Clerk  
2021-Oct-05 16:54:03  
01SPR-21-41  
C11ED01 : 2 Pages

MORRIS, STACY  
213 HWY 13  
HUMPHREY AR 72073

07123123  
003289

TO CONTACT MERRILL  
www.benefits.ml.com  
(888) 968-4015, 8 AM - 7 PM ET  
Outside USA: (609) 818-8812  
TDD (hearing impaired): (800) 637-1215

**TAX INFORMATION**

| | |
|---|---|
| Ordinary income | $1,106.70 |
| 100.00% | |
| Taxable amount | $1,106.70 |
| **Gross Distribution** | $1,106.70 |
| Federal income tax withheld (20.00%) | $(221.34) |
| State income tax withheld (3.00%) | $(33.20) |
| **Net Distribution Amount** | $852.16 |

**PAYMENT DETAILS**  
**Payment to You**  
Cash                                                                $852.16

**DISTRIBUTION INFORMATION**  
Type: PAYMENT DUE TO RESIDUAL DIVIDEND  
Category: LUMP SUM PAYMENT

THE ATTACHED CHECK REPRESENTS A RESIDUAL DIVIDEND CREDITED TO YOUR ACCOUNT SUBSEQUENT TO YOUR PREVIOUS DISTRIBUTION.  
THIS AMOUNT WILL BE REPORTED TO THE IRS.

---

Walmart  
Bank of America, N.A.  
1400 American Blvd., Mail Stop X4-38-D  
Pennington, NJ 08534

04/07/21      CHECK NUMBER  
                     07123123

VOID 180 DAYS AFTER CHECK DATE

**$852.16**

***** Eight Hundred Fifty Two Dollars and Sixteen Cents

V  O  I  D

Pay to the order of   MORRIS, STACY

EXHIBIT A



**WALMART INC.**

Bank of America, N.A.

MORRIS, STACY
213 HWY 13
HUMPHREY AR 72073

07120822
001693

TO CONTACT MERRILL
www.benefits.ml.com
(877)-MY-ML-IRA, 8 AM - 7 PM ET
Outside USA: (609) 818-8812
TDD (hearing impaired): (800) 637-1215

| TAX INFORMATION | |
|---|---|
| Ordinary income 100.00% | $320,044.90 |
| Taxable amount | $320,044.90 |
| **Gross Distribution** | $320,044.90 |
| Federal income tax withheld (19.58%) | $(62,653.85) |
| State income tax withheld (4.92%) | $(15,731.21) |
| **Net Distribution Amount** | $241,659.84 |

**DISTRIBUTION INFORMATION**

Taxable amount eligible to be rolled over          $306,493.60

| PAYMENT DETAILS | |
|---|---|
| Payment to You | |
| Cash | $241,659.84 |

**DISTRIBUTION INFORMATION**
Type:     TERMINATION - FORCEOUT 12/25/20
Category: LUMP SUM PAYMENT

YOUR MINIMUM DISTRIBUTION AMOUNT IS 13,551.30.
THE BELOW DISBURSEMENT REPRESENTS PAYMENT IN FULL OF YOUR VESTED ACCOUNT BALANCE UNDER THI PLAN.

04/06/21      CHECK NUMBER
              07120822

Bank of America, N.A.
1400 American Blvd., Mail Stop X4-38-D
Pennington, NJ 08534

VOID 180 DAYS AFTER CHECK DATE

**$241,659.84***

\*\*\*\*\*  Two Hundred Forty One Thousand Six Hundred Fifty Nine Dollars and Eighty Four
Cents

V  O  I  D

*Pay to the*  MORRIS, STACY
*order of*