IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JANE DOE, In the Matter of the Estate of
Stacy L. Morris, Deceased                                                        PLAINTIFF

v.                             No. 2:21-cv-146-DPM

WALMART, INC.                                                                   DEFENDANT

## ORDER

Joint motion, *Doc. 8*, granted as modified. Final Scheduling Order, *Doc. 7*, suspended. Case stayed and administratively terminated. Joint status report on exhaustion and other matters due by 1 June 2022, and every six months thereafter during the stay.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 December 2021