**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **IN THE MATTER OF THE ESTATE OF** ) <br> **STACY L. MORRIS, DECEASED** ) <br> ) <br> **v.** ) <br> ) <br> **WALMART INC.** ) | <br><br><br> Civil Action No.   2:21-cv-146-DPM |

**STIPULATION OF DISBURSEMENT AND REQUEST FOR FINAL ORDER**

Nancy Howard, the personal representative of the Estate of Stacy Morris ("Representative") and Walmart Inc. ("Walmart"), the Walmart 401(k) Plan ("Plan"), hereby stipulate and agree as follows:

1. Stacy Morris ("Decedent") was a participant in the Plan.

2. On October 5, 2021, Nancy Howard, the personal representative of the Estate of Stacy Morris, filed a Petition for Temporary Restraining Order ("Petition") in the Circuit Court of Arkansas County, Arkansas Probate Division, Case No. 01SPR-21-41 ("State Action").

3. On October 29, 2021, Walmart filed a Notice of Removal in this Court.

4. Jurisdiction and venue are properly situated in this Court.

5. Representative advised Walmart that a settlement and agreement has been reached between Representative and other claimants to the proceeds of Decedent's 401(k) account and other matters affecting Decedent's Probate Estate. A copy of the Settlement Agreement is attached as Exhibit 1.

6. Under the terms of the settlement, Representative has agreed to waive Representative's claim to the 401(k) Proceeds.

7. The 401(k) Proceeds shall be disbursed as follows:

    a. Forrest Kroener ("Kroener") shall receive 50% of the 401(k) Proceeds; and

      b.  Renee Nobles ("Nobles") shall receive 50% of the 401(k) Proceeds.

8.    Walmart, the Plan, and all related entities will be released from any further liability for benefits payable under the Plan, upon payment of the Proceeds as set forth above.

9.    Representative, Kroener, and Nobles are restrained from instituting or prosecuting any proceedings in any State or United States court affecting the 401(k) Proceeds.

10.    The Order entered in the State Action shall dissolved and superseded by the Order of Disbursement and Dismissal to be filed and entered in this action.

Dated: <u>January 23, 2023</u>

        Respectfully submitted,

        NOLAN LAW GROUP

        /s/ Duff Nolan_____
        Duff Nolan (SCRN: 89125)
        411 South Main
        P.O. Box 68
        Stuttgart, AR 72160
        Telephone: (870) 673-3200
        Facsimile: (870) 673-6996
        E-Mail: dn@nolanlawgrouppllc.com

        and

        RUSSELL, OLIVER & STEPHENS, PLC

        /s/ J. Gordon Howard_____
        J. Gordon Howard (TN 026850)
        RUSSELL, OLIVER & STEPHENS, PLC
        5178 Wheelis Drive
        Memphis, Tennessee 38117
        Telephone: (901) 844-4449
        Facsimile: (901) 844-4435
        E-Mail: gordonh@roslawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ J. Gordon Howard
                J. Gordon Howard