IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JANE DOE, In the Matter of the Estate of
Stacy L. Morris, Deceased                                        PLAINTIFF

v.                         No. 2:21-cv-146-DPM

WALMART, INC.                                                    DEFENDANT

## ORDER

The Court notes the parties' stipulation about settlement. *Doc. 14.* Congratulations. The Court orders disbursement of Stacy L. Morris's 401(k) account through Walmart as follows:

- 50% of the proceeds to Forrest Kroener; and
- 50% of the proceeds to Renee Nobles.

This distribution resolves conclusively and finally the parties' dispute about these 401(k) proceeds.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 January 2023