IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JANE DOE, In the Matter of the Estate of
Stacy L. Morris, Deceased                                                    PLAINTIFF

v.                              No. 2:21-cv-146-DPM

WALMART, INC.                                                                DEFENDANT

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 30 June 2023 to enforce the parties' settlement about the 401(k) proceeds.

_____
D.P. Marshall Jr.
United States District Judge

26 January 2023